DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOVANNI CORTE GRAHAM, )<br>)<br>Defendant. ) | 2:13-CR-299-HDM-PAL<br><br>GOVERNMENT'S MOTION FOR AN ARREST WARRANT |

Comes now, the United States of America, by and through counsel, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and hereby moves this Court to issue an arrest warrant pursuant to the Federal Grand Jury returning an Criminal Indictment in the above-captioned case (*see* Docket #1).

Respectfully submitted this, the 6th day of August, 2013.

                                  DANIEL G. BOGDEN
                                  United States Attorney

                                  /s/ Phillip N. Smith, Jr.

                                  PHILLIP N. SMITH, JR.
                                  Assistant United States Attorney

# ATTACHMENT

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:13-cr-299-HDM-PAL |
| JOVANNI CORTE GRAHAM | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOVANNI CORTE GRAHAM                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

Date:  August 13, 2013

*Issuing officer's signature*

City and state:   Las Vegas, Nevada

Peggy A. Leen, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   *Arresting officer's signature* |
| *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____